*v.* CASTRO MARTÍNEZ ET AL., apldos.—C. D. San Juan. Nov 23, 1929.

No. 5161.—WALTER MILLS, ET AL., apldos., *v.* STEARNS, aplte. C. D. San Juan. Posesión de bienes muebles. Dic, 4. 1929.

No. 5171.—DÍAZ ET ALS., peticionarios-apldos., *v.* CIVIDANES, opositor-aplte.—C. D. Guayama. Administración judicial. Dic. 11, 1929.

No. 5093.—VISCASILLAS, apldo., *v.* PACHECO, demandado, y LÓPEZ, tercerista-aplte.—C. D. San Juan. Tercería de bienes muebles. Dic. 18, 1929.

No. 4749.—LÓPEZ VDA. DE CUESTA ET ALS., apltes., *v.* DEXTER ET AL., apldos.—C. D. San Juan. Indemnización daños y perjuicios. Enero 15, 1930.

No. 4068.—PUEBLO, apldo., *v.* LOUBRIEL, aplte.—C. D. San Juan. Homicidio involuntario. Enero 15, 1930.

No. 5055.—LÓPEZ VDA. DE CUESTA ET ALS., apltes., *v.* DEXTER ET AL., apldos.—C. D. San Juan. Indemnización daños y perjuicios. Enero 15, 1930.

No. 4895.—BENÍTEZ FLORES, apldo., *v.* DE LA CRUZ ET ALS., apltes.—C. D. San Juan. Cobro de servicios profesionales. Enero 15, 1930.

No. 4749.—LÓPEZ VDA. DE CUESTA ET ALS., apltes., *v.* DEXTER ET AL., apldos.—C. D. San Juan. Indemnización daños y perjuicios. Enero 15, 1930.

No. 5200.—PERALES, apldo., *v.* THE PORTO RICO TELEPHONE Co., aplte.—C. D. San Juan. Daños y perjuicios. Enero 20, 1930.

No. 4027.—PUEBLO, apldo., *v.* CORTÉS, aplte.—C. D. San Juan. Escalamiento en primer grado. Enero 21, 1930.

No. 4955.—BERNABE, aplte.-apldo., *v.* SUÁREZ, apldo.-aplte. C. D. San Juan. Daños y perjuicios. Enero 21, 1930.

No. 5216.—MORALES, apldo., *v.* MARTÍNEZ ET AL., apltes.— C. D. San Juan. Desahucio. Enero 30, 1930.

No. 4065.—PUEBLO, apldo., *v.* CORREA, aplte.—C. D. San Juan. Ataque para cometer homicidio. Enero 30, 1930.